**Order entered March 22, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00338-CV

**FSC ENTERPRISES, LLC, Appellant**

**V.**

**DALLAS COUNTY, ET AL, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-11-40912**

## ORDER

Before the Court is the March 13, 2013 motion of Heidi Darst, Official Court Reporter for the Civil District Tax Court of Dallas County, Texas, for an extension of time to file the reporter's record. We **GRANT** the motion. The reporter's record shall be filed on or before March 28, 2013.

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE